IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT B. MORRIS, SR., | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO.15-00358-KD-B |
| | ) |
| HUEY HOSS MACK, | ) |
| | ) |
|     Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute.

    **DONE** this 16th day of March 2016.

                                                      s/ Kristi K. DuBose
                                                      KRISTI K. DuBOSE
                                                      UNITED STATES DISTRICT JUDGE